SLEP-TONE ENTERTAINMENT CORPORATION

                                    Plaintiff(s)

          - against -

Index # 14 CV 10040

GOLF 600 INC., A NEW YORK CORPORATION, ETAL

Purchased December 22, 2014

                                    Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 23, 2014 at 01:18 PM at

247 WEST 37TH STREET
STE. 1200
NEW YORK, NY 10018

deponent served the within SUMMONS AND COMPLAINT on BOXERS ENTERPRISES, LLC, A NEW YORK LIMITED LIABILITY therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to JENNIFER ESTEN a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'8 | 165 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

ATTN: ALL MEMBERS
247 WEST 37TH STREET
STE. 1200
NEW YORK, NY 10018

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 24, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 24, 2014

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | **ANDRE MEISEL** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 615080 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045