# EXHIBIT C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation,

    Plaintiff,

v.

GOLF 600 INC, a New York corporation; BOXERS ENTERPRISE LLC, a New York limited liability company; RINGDALE ENTERPRISES INC., a New York corporation; MAB BAR INC., a New York corporation; CLONTARFSCOUSE LLC, a New York limited liability company; MAXS' PUB INC., a New York corporation; and TARVIA II RESTAURANT CORP, a New York corporation,

    Defendants.

---

Case No.: 14-cv-10040 (PJO)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 22, 2014 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Golf 600 Inc ("Golf 600") by personally serving a General Agent of Defendant Golf 600, and proof of such service thereof was filed on March 11, 2015.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

1

Dated: New York, New York
March 19, 2015

                              **RUBY J. KRAJICK**
                              Clerk of Court

                              By: _____
                                    Deputy Clerk

Case 1:14-cv-00440-JPO-MHD Document 53 Filed 03/19/15 Page 2 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/15
```

SLEP-TONE ENTERTAINMENT
CORPORATION, a North Carolina
Corporation,

    Plaintiff,

v.

GOLF 600 INC, a New York corporation;
BOXERS ENTERPRISE LLC, a New York
limited liability company; RINGDALE
ENTERPRISES INC., a New York
corporation; MAB BAR INC., a New York
corporation; CLONTARFSCOUSE LLC, a
New York limited liability company; MAXS'
PUB INC., a New York corporation; and
TARVIA II RESTAURANT CORP, a New
York corporation,

    Defendants.

Case No.: 14-cv-10040 (PJO)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 22, 2014 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendants Ringdale Enterprises Inc. ("Ringdale"), Tarvia II Restaurant Corp ("Tarvia"), and Boxers Enterprise LLC ("Boxers") by personally serving General Agents of Defendants Ringdale and Tarvia, and serving Defendant Boxers by mail, and proof of such service thereof was filed on March 11, 2015.

1

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
March 13, 2015

                                      **RUBY J. KRAJICK**
                                      Clerk of Court

                                      By: _____
                                                Deputy Clerk

2