```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
 SLEP-TONE ENTERTAINMENT CORP.,

                        Plaintiff,                ORDER

             -against-                        14cv10040 (JPO)(MHD)

 GOLF 600 INC, et al.,

                        Defendants.
---------------------------------------
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Pursuant to the conference held today before the undersigned in the above-captioned matter, we hereby **ORDER** the following:

1. Discovery is to conclude on **August 14, 2015.** No further requests to adjourn this date will be entertained.

2. Plaintiff is to serve and file its inquest submissions by **August 27, 2015**.

3. The defendants who have had default judgments entered against them in this matter are to file their responses by **September 8, 2015**.

**Dated: New York, New York**
       **July 31, 2015**

1

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today to:

Philip Z. Kimball, Esq.
Fax: (646) 801-8363

Michael George Gabriel, Esq.
Fax: (212) 575-0671

David Max Dahan, Esq.
Fax: 212-935-5728

Kevin Sean O'Donoghue, Esq.
Fax: 212-226-7554

Robert Francis Zerilli, Esq.
Fax: (914) 969-6596

Golf 600
600 Tuckahoe Road
Yonkers, NY 10710

Boxers Enterprises, LLC
247 W. 37th Street
STE 1200
New York, NY 10018

Ringdale Enterprises, Inc.
538 Willett Ave.
Port Chester, NY 10573

Tarvia II Restaurant Corp.
23 Gray Oak Ave.
Yonkers, NY 10710