# Frankfurt Kurnit Klein + Selz PC

**Toby Butterfield**

488 Madison Avenue, New York, New York 10022

T (212) 826 5567   F (347) 438 2135

tbutterfield@fkks.com

September 2, 2015

**BY ECF and Facsimile**

Honorable Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 17D
New York, New York 10007-1312

Endorsed Order
*Application granted.*

*[signature]*

Michael H. Dolinger, U.S.M.J.
September 2, 2015

Re:   *Slep-Tone Entertainment Corp. v. Golf 600 et al.*, 14-cv-10040 (JPO)(MHD)

Dear Judge Dolinger:

We have just been retained by defendant Boxers Enterprises, LLC ("Boxers") in the above-captioned matter today. We write in connection with Your Honor's Order, dated July 31, 2015, which set a schedule for the Plaintiff to file its inquest submission and for the defaulting defendants—including Boxers—to respond. Pursuant to the schedule set forth in the Order, Boxers' response to Plaintiff's Statement of Damages is due September 8, 2015. *See* Dkt. 61. We write to request an extension of thirty (30) days for Boxers' responding papers, setting the new deadline for October 8, 2015. We have conferred with Plaintiff's counsel who has consented to this request. This is Boxers' first request for an adjournment of time.

Respectfully submitted,

*[signature]*

Toby M.J. Butterfield

cc:   All counsel of record, by ECF