Oetken, P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, a North Carolina Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GOLF 600 INC. ET. AL.<br><br>    Defendants. | **Civil Action No.**<br>**14-cv-10040 (JPO) (MHD)**<br>**ECF CASE** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Slep-Tone Entertainment Corporation, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against defendant Tarvia II Restaurant Corp.

Respectfully Submitted,

/s/ Philip Z. Kimball, Esq.

Philip Z. Kimball, Esq.
Philip Z. Kimball PLLC
111 Lawrence Street, Unit 6H
Brooklyn, NY 11201
Email: pzkimball@pzklaw.com
Tel: 646-801-8363
Counsel for the Plaintiff

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

Sept. 30, 2015