# Frankfurt Kurnit Klein + Selz PC

**Toby Butterfield**

488 Madison Avenue, New York, New York 10022

T (212) 826 5567    F (347) 438 2135

tbutterfield@fkks.com

October 6, 2015

**BY ECF**

Honorable James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 21D
New York, New York  10007-1312

Re:   *Slep-Tone Entertainment Corp. v. Golf 600 et al.*, 14-cv-10040 **(JPO)(MHD)**

Dear Judge Cott:

We represent defendant Boxers Enterprises, LLC ("Boxers") in the above-captioned matter.  We write to request an additional seven (7) day extension for Boxers to file its response to Plaintiff's inquest submission.  Magistrate Judge Dolinger previously granted Boxers a thirty (30) day extension for its response, currently due October 8, 2015.  Dkt. 66.  Boxers and Plaintiff have entered into a settlement agreement, but need several more days to finalize certain outstanding issues.  Accordingly, we request that the time for Boxers to respond to Plaintiff's inquest submission be extended by seven (7) days to October 15, 2015.  We have conferred with Plaintiff's counsel who has consented to this request.

Respectfully submitted,

Toby M.J. Butterfield

cc:   All counsel of record, by ECF